IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  C.A. No. _____ ) |
| SANDOZ INC., | ) ) |
| Defendant. | ) |

## COMPLAINT

Plaintiffs Abbott Laboratories and Abbott Respiratory LLC (collectively, "Abbott"), for their Complaint against Defendant Sandoz Inc. ("Sandoz"), hereby allege as follows:

## NATURE OF THE ACTION

This is an action for patent infringement of U.S. Patent Nos. 6,080,428 ("the '428 patent") and 6,469,035 ("the '035 patent"), arising under the patent laws of the United States, Title 35, United States Code, 35 U.S.C. §§ 271 and 281. This action relates to an amendment to Abbreviated New Drug Application ("ANDA") No. 203405 filed by Sandoz with the U.S. Food and Drug Administration ("FDA") for approval to market "Niacin and Simvastatin Tablets, 1000 mg/20 mg" as a generic version of the 1000 mg/20 mg form of Abbott's SIMCOR® drug product.

## PARTIES

1. Abbott Laboratories is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business at 100 Abbott Park Road, Abbott Park, Illinois 60064.

2. Abbott Respiratory LLC ("Abbott Respiratory") is a limited liability corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 100 Abbott Park Road, Abbott Park, Illinois 60064.

3. On information and belief, Sandoz is a corporation organized and existing under the laws of the State of Colorado, with its corporate headquarters at 506 Carnegie Center, Suite 400, Princeton, New Jersey 08540.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq.*, and this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

5. This Court has personal jurisdiction over Sandoz with respect to this Complaint because, *inter alia*: (1) Sandoz has committed, or aided, abetted, contributed to or participated in the commission of, a tortious act of patent infringement in filing its ANDA and the amendment thereto that has led to foreseeable harm and injury to Abbott Respiratory, a Delaware corporation, and Abbott Laboratories, a corporation actively engaged in business in Delaware; (2) Sandoz has had and has systematic and continuous contacts with Delaware; (3) Sandoz has brought, by way of counterclaims in this district in C.A. No. 11-1113-SLR, actions for declaratory judgment of noninfringement and invalidity of one or more claims of the '428 and '035 patents (D.I. 6); and (4) on information and belief, and consistent with its practice with respect to other generic products, following any FDA approval of ANDA No. 203405, Sandoz will sell its generic product throughout the United States, including in Delaware.

## PATENTS IN SUIT

6. Abbott Respiratory is the owner by assignment of the '428 patent, entitled "Nicotinic Acid Compositions for Treating Hyperlipidemia and Related Methods Therefor," which the U.S. Patent and Trademark Office duly and legally issued on June 27, 2000. A true and correct copy of the '428 patent is attached hereto as Exhibit A. The claims of the '428 patent are valid and enforceable. Abbott Laboratories is an exclusive licensee of the '428 patent, with the right to sue for and obtain equitable relief and damages for infringement of the '428 patent.

7. Abbott Respiratory is the owner by assignment of the '035 patent, entitled "Methods of Pretreating Hyperlipidemic Individuals with a Flush Inhibiting Agent Prior to the Start of Single Daily Dose Nicotinic Acid Therapy to Reduce Flushing Provoked by Nicotinic Acid," which the U.S. Patent and Trademark Office duly and legally issued on October 22, 2002. A true and correct copy of the '035 patent is attached hereto as Exhibit B. The claims of the '035 patent are valid and enforceable. Abbott Laboratories is an exclusive licensee of the '035 patent, with the right to sue for and obtain equitable relief and damages for infringement of the '035 patent.

8. Abbott Laboratories is the holder of New Drug Application ("NDA") No. 02-2078, by which the FDA granted approval for 1000 mg/20 mg strength niacin extended-release/simvastatin tablets, which Abbott markets in the United States under the trade name "SIMCOR®." The formulation and dosing of SIMCOR® are covered by certain claims of the '428 patent and the '035 patent. The FDA's official publication of approved drugs (the "Orange Book") includes SIMCOR® together with the '428 patent and the '035 patent.

- 4 -

## INFRINGEMENT BY SANDOZ

9. By letter dated December 16, 2011 ("the Notice Letter"), Sandoz notified Abbott that Sandoz had submitted an amended ANDA No. 203405 to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) seeking approval "to engage in commercial manufacture, use and sale of" its generic niacin extended-release/simvastatin 1000 mg/20 mg tablets before the expiration of the '428 patent and the '035 patent. On information and belief, Sandoz intends to engage in commercial manufacture, use, and sale of generic niacin extended-release/simvastatin tablets promptly upon receiving FDA approval to do so.

10. By filing ANDA No. 203405 and the amendment thereto, Sandoz has necessarily represented to the FDA that the components of its generic niacin extended-release/simvastatin tablets have the same active ingredients as those of the corresponding components of SIMCOR®, have the same route of administration, dosage form, and strengths as the corresponding components of SIMCOR®, and are bioequivalent to the corresponding components of SIMCOR®.

11. In the Notice Letter, Sandoz notified Abbott that its ANDA contained a Paragraph IV Certification asserting that, in Sandoz's opinion, the '428 and '035 patents "are invalid, unenforceable, and/or will not be infringed by the manufacture, use or sale" of its generic niacin extended-release/simvastatin tablets.

12. This Complaint is being filed before the expiration of the forty-five days from the date Abbott received the Notice Letter.

- 5 -

## COUNT I
### (INFRINGEMENT OF THE '428 PATENT)

13. Each of the preceding paragraphs 1 to 12 is incorporated as if fully set forth herein.

14. Sandoz's submission of ANDA No. 203405 and the amendment thereto to obtain approval to engage in the commercial manufacture, use, offer to sell, or sale of generic niacin extended-release/simvastatin tablets prior to the expiration of the '428 patent constitutes infringement of one or more of the claims of the '428 patent under 35 U.S.C. § 271(e)(2)(A).

15. Upon FDA approval of Sandoz's ANDA No. 203405, Sandoz will further infringe the '428 patent by making, using, offering to sell, and selling generic niacin extended-release/simvastatin tablets in the United States or importing such tablets into the United States, and by actively inducing and contributing to infringement by others, in violation of 35 U.S.C. § 271(a)-(c) unless enjoined by the Court.

16. On information and belief, Sandoz had actual and constructive knowledge of the '428 patent prior to filing ANDA No. 203405 and the amendment thereto and was aware that filing of the aforementioned ANDA with the FDA constituted an act of infringement of the '428 patent.

17. If Sandoz's infringement of the '428 patent is not enjoined, Abbott will suffer substantial and irreparable harm for which there is no remedy at law.

## COUNT II
### (INFRINGEMENT OF THE '035 PATENT)

18. Each of the preceding paragraphs 1 to 17 is incorporated as if fully set forth herein.

19. Sandoz's submission of ANDA No. 203405 and the amendment thereto to obtain approval to engage in the commercial manufacture, use, offer to sell, or sale of generic niacin extended-release/simvastatin tablets prior to the expiration of the '035 patent constitutes infringement of one or more of the claims of the '035 patent under 35 U.S.C. § 271(e)(2)(A).

20. Upon FDA approval of Sandoz's ANDA No. 203405, Sandoz will further infringe the '035 patent by making, using, offering to sell, and selling generic niacin extended-release/simvastatin tablets in the United States or importing such tablets into the United States, and by actively inducing and contributing to infringement by others, in violation of 35 U.S.C. § 271(a)-(c) unless enjoined by the Court.

21. On information and belief, Sandoz had actual and constructive knowledge of the '035 patent prior to filing ANDA No. 203405 and the amendment thereto and was aware that filing of the aforementioned ANDA with the FDA constituted an act of infringement of the '035 patent.

22. If Sandoz's infringement of the '035 patent is not enjoined, Abbott will suffer substantial and irreparable harm for which there is no remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Abbott prays that this Court grant the following relief:

a) A judgment that one or more claims of the '428 patent and the '035 patent are infringed by Sandoz's submission of ANDA No. 203405, and that Sandoz's making, using, offering to sell, or selling in the United States, or importing into the United States, of generic niacin extended-release/simvastatin tablets will infringe the '428 patent and the '035 patent;

b) An order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any approval of ANDA No. 203405 shall be a date which is not earlier than the latest

expiration date of the '428 patent and the '035 patent, including any extensions and additional periods of exclusivity to which Abbott is or becomes entitled;

        c)      An order permanently enjoining Sandoz, its affiliates, subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, using, offering to sell, or selling in the United States, or importing into the United States generic niacin extended-release/simvastatin tablets until after the latest expiration date of the '428 patent and the '035 patent, including any extensions and additional periods of exclusivity to which Abbott is or becomes entitled;

        d)      Damages or other monetary relief to Abbott if Sandoz engages in commercial manufacture, use, offers to sell, sale, or importation in or into the United States of generic niacin extended-release/simvastatin tablets prior to the latest expiration date of the '428 patent and the '035 patent, including any extensions and additional periods of exclusivity to which Abbott is or becomes entitled.

        e)      Such further and other relief as this Court deems proper and just, including any appropriate relief under 35 U.S.C. § 285.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
   *Attorneys for Abbott Laboratories*
   *and Abbott Respiratory LLC*

OF COUNSEL:

John Allcock
Erica J. Pascal
DLA PIPER LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
(619) 699-2700

Jeffrey Johnson
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, TX  77002-5005
(713) 425-8445

January 30, 2012
4952820